**FILED**
. USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 05 , 01 , 09 P9
BY_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

ZEB HOLLIER, ET AL                          CIVIL ACTION NO. 08-1382

VERSUS                                      JUDGE MELANÇON

WILLSTAFF WORLDWIDE, INC, ET AL             MAGISTRATE JUDGE HILL

## JUDGMENT

This matter came before the Court this date pursuant to the Court's February 3, 2009 Memorandum Ruling [Rec. Doc. 31] and Judgment [Rec. Doc. 32]. Considering the record before the Court and for the oral reasons assigned, it is

**ORDERED** that Matthew Ungarino is hereby sanctioned in the sum of $25,000 payable immediately to the Clerk of the United States District Court for the Western District of Louisiana.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1447(c) Matthew Ungarino is to pay plaintiff's attorney's fees in the sum of $7,650 together with any costs incurred on behalf of plaintiff in connection with the improvident removal of this case.

The Court finds that, considering the self-imposed remedial actions taken by Ungarino & Eckert, including the Ethics and Removal CLE courses conducted by Professors Dane Cialino and Mary Algero and the establishment of an in-house Professional Responsibility Committee at a total cost to the firm of $7,662.16, no

further sanctions against Matthew Ungarino, the law firm of Ungarino & Eckert, or any other attorney associated with the firm are warranted by this Court in this case.

**THUS DONE AND SIGNED** this 1st day of May, 2009 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 5/1/09
BY
TO Financial
Matt
Neuner
Mestayer
Degehr